```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 06517
   DONALD C SHARPE
   PAMELA R SHARPE                             CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-6999      SSN XXX-XX-4710

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/11/2007 and was confirmed 06/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AMC MORTGAGE SERVICES     CURRENT MORTG         .00             .00           .00
CITY OF BERWYN            SECURED            310.00             .00         45.00
COOK COUNTY TREASURER     SECURED           8481.57             .00        180.00
INTERNAL REVENUE SERVICE  PRIORITY          7324.57             .00           .00
ALLIED INTERSTATE         UNSECURED       NOT FILED             .00           .00
ARMOR SYSTEMS CO          UNSECURED       NOT FILED             .00           .00
CAPITAL ONE               UNSECURED          1039.05            .00           .00
NEXTEL COMMUNICATIONS     UNSECURED       NOT FILED             .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED           589.31            .00           .00
GE CONSUMER FINANCE       UNSECURED           139.78            .00           .00
ECAST SETTLEMENT CORP     UNSECURED         12436.61            .00           .00
LOYOLA UNIVERSITY PHYNS   UNSECURED       NOT FILED             .00           .00
JOHN H STROGER JR HOSP O  UNSECURED       NOT FILED             .00           .00
LINEBARGER GOGGAN BLAIR   UNSECURED       NOT FILED             .00           .00
LOYOLA UNIV PHYSICIANS F  UNSECURED       NOT FILED             .00           .00
LOYOLA UNIVERSITY MEDICA  UNSECURED       NOT FILED             .00           .00
NATIONWIDE CREDIT CO      UNSECURED       NOT FILED             .00           .00
NICOR GAS                 UNSECURED          2592.76            .00           .00
PHILLIPS & BURNS LLC      UNSECURED       NOT FILED             .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED          1317.10            .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED           477.49            .00           .00
WELLS FARGO FINANCIAL IL  UNSECURED           250.15            .00           .00
AMC MORTGAGE SERVICES     MORTGAGE ARRE     15528.74            .00           .00
INTERNAL REVENUE SERVICE  UNSECURED          1336.16            .00           .00
ANGELA PENNEY             NOTICE ONLY     NOT FILED             .00           .00
CARIBE SHARPE             NOTICE ONLY     NOT FILED             .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,434.00                     1,456.95
TOM VAUGHN                TRUSTEE                                           118.05
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06517 DONALD C SHARPE & PAMELA R SHARPE
```

```
                              RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       1,800.00

PRIORITY                                                    .00
SECURED                                                  225.00
UNSECURED                                                   .00
ADMINISTRATIVE                                         1,456.95
TRUSTEE COMPENSATION                                     118.05
DEBTOR REFUND                                               .00
                          ---------------      ---------------
TOTALS                        1,800.00              1,800.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 05/27/08           _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 07 B 06517 DONALD C SHARPE & PAMELA R SHARPE